FILED

06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUN 0 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
ROBERT N. MILLER II

O R D E R

Robert N. Miller II, of Lafayette, Colorado, has petitioned the Court for waiver of the application fee for admission on motion, due to financial hardship related to the COVID-19 pandemic. Miller indicates he lost his employment in March for reasons unrelated to COVID-19, but that, subsequently, "the Pandemic has placed an exceptionally heavy financial burden on my family, and as a result, the admission fee is a significant hurdle to my prospect of securing employment as an Attorney in Montana."

Unfortunately, we are unable to grant the request. Rule I.G.5.(b) of the Rules of Admission provides for waiver of the application fee only for attorneys who secure employment with an Access to Justice Organization for a two-year period, for full-time law school professors who do not represent clients for remuneration, and for attorneys seeking emeritus status. There is no provision for a hardship waiver. Therefore,

IT IS HEREBY ORDERED that the petition of Robert N. Miller II for waiver of the application fee for admission on motion is DENIED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 2nd day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2